Matter of the Application of F. DALCASE et al., Judgment Creditors, for the Examination of MARTIN CASSIDY, Judgment Debtor, in Proceedings Supplementary to Execution.

### Case No. 1.

MOTION to dismiss an appeal from an order of the General Term of the City Court, affirming an order of the Special Term of the City Court, denying a motion to vacate an order in supplementary proceedings requiring the judgment debtor to submit to an examination.

Case No. 2.

MOTION to dismiss an appeal from an order of the General Term of the City Court, affirming an order of the Special Term of the City Court, adjudging the judgment debtor in contempt in not appearing for examination, pursuant to an order in supplementary proceedings.

Blumenstiel & Hirsch, for judgment creditors.

Frank J. McBarron, for judgment debtor.

*Per Curiam.* The judgment debtor having complied with the requirements of the orders appealed from and submitted to an examination, the motion to dismiss the appeals from said orders should be granted, with ten dollars costs of motion in one case only.

Present: FREEDMAN, P. J., MACLEAN and LEVENTRITT, JJ.

Motions to dismiss appeals granted, with ten dollars costs of motion in one case.